NASTA FUSHAK, Appellant, v. JOHN P. OGDEN, JR., Respondent.— Judgment

unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.